IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA | **I N D I C T M E N T** |
| v. | Case No. _____ |
| FERID JUNAR SALAH | Violations:  18 U.S.C. §§ 922(g)(1), 924(a)(2), and 924(d); 21 U.S.C. §§ 841(a)(1), 841(b)(1)(C), and 853; 28 U.S.C. § 2461(c) |

COUNT ONE

**Possession of a Firearm by a Prohibited Person**

The Grand Jury Charges:

On or about February 23, 2022, in the District of North Dakota,

FERID JUNAR SALAH,

knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, that is, Threats of Violence – Reckless Disregard of Risk, in violation of Minn. Stat. § 609.713, Subd. 1, State of Minnesota, Hennepin County District Court, Case Number: 27-CR-21-4208, Judgment entered on or about June 17, 2021, did knowingly possess a firearm, that is, a Kimber, Model Custom II, .45 caliber pistol, Serial Number K641895, said firearm having been shipped and transported in interstate and foreign commerce;

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT TWO

### Distribution of a Controlled Substance

The Grand Jury Further Charges:

On or about February 14, 2022, in the District of North Dakota,

### FERID JUNAR SALAH

knowingly and intentionally distributed a mixture and substance containing a detectable amount of fentanyl[1], a Schedule II controlled substance;

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

---

[1] 21 U.S.C. § 841(b)(1)(A)(vi): The chemical structure of fentanyl is N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide.

COUNT THREE

**Distribution of a Controlled Substance**

The Grand Jury Further Charges:

On or about February 16, 2022, in the District of North Dakota,

FERID JUNAR SALAH

knowingly and intentionally distributed a mixture and substance containing a detectable amount of fentanyl[2], a Schedule II controlled substance;

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

---

[2] 21 U.S.C. § 841(b)(1)(A)(vi): The chemical structure of fentanyl is N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide.

## COUNT FOUR

### Distribution of a Controlled Substance

The Grand Jury Further Charges:

On or about February 23, 2022, in the District of North Dakota,

### FERID JUNAR SALAH

knowingly and intentionally distributed a mixture and substance containing a detectable amount of fentanyl[3], a Schedule II controlled substance;

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

---

[3] 21 U.S.C. § 841(b)(1)(A)(vi): The chemical structure of fentanyl is N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide.

## COUNT FIVE

**Possession with Intent to Distribute a Controlled Substance**

The Grand Jury Further Charges:

On or about February 23, 2022, in the District of North Dakota,

FERID JUNAR SALAH

knowingly and intentionally possessed with intent to distribute a mixture and substance containing a detectable amount of fentanyl[4], a Schedule II controlled substance;

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

---

[4] 21 U.S.C. § 841(b)(1)(A)(vi): The chemical structure of fentanyl is N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide.

FORFEITURE ALLEGATION

The Grand Jury Further Finds Probable Cause That:

Upon conviction of the offenses alleged in this Indictment,

FERID JUNAR SALAH,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c), the firearm, ammunition, and other property involved in the commission of the offenses, including, but not limited to, the following:

- One Kimber, Model Custom II, .45 caliber pistol, Serial Number K641895;
- Five rounds of .45 ammunition; and
- $8,739 in United States currency.

A TRUE BILL:

/s/ Foreperson
Foreperson

/s/ Jennifer Klemetsrud Puhl
JENNIFER KLEMETSRUD PUHL
United States Attorney

RML/ljc